THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK EDISON COMPANY, Appellant, *v.* EDWARD E. McCALL et al., Constituting the Public Service Commission of the State of New York for the First District, et al., Respondents.

*People ex rel. N. Y. Edison Co. v. McCall*, 158 App. Div. 878, affirmed.

(Argued October 23, 1913; decided December 19, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1913, which dismissed a writ of certiorari and confirmed an order of the public service commission authorizing the Long Acre Electric Light and Power Company to commence the construction of a plant and to issue securities for that purpose.

*Albert Haight, John A. Garver, Morgan J. O'Brien* and *John B. Stanchfield* for appellant.

*Graham Sumner, Thomas Thacher* and *Philip G. Bartlett* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, CUDDEBACK and HOGAN, JJ. Dissenting: COLLIN and MILLER, JJ. Not sitting: GRAY, J.